A091 (Rev. 8/01) Criminal Complaint

Clerk, U.S. District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

APR 2 5 2015

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
V.
**Rosa JUAREZ-Garcia**

**CRIMINAL COMPLAINT**

Case Number: 2:16mj 511

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 24, 2016** in **Brooks** County, in the
(Date)

Southern    District of    Texas    defendant,    **Rosa JUAREZ-Garcia**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, move, or attempt to transport, or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title ___8___ United States Code, Section(s) ___1324___
I further state that I am a(n)    **Border Patrol Agent**    and that this complaint is based on the
                                    Official Title
following facts:

PLEASE SEE ATTACHMENT

Continued on the attached sheet and made a part of this complaint:    **X** Yes   ☐ No

_____
Signature of Complainant

**Bill T. Payne**
Printed Name of Complainant

Sworn to before me and signed in my presence and probable cause found on:

**April 25, 2016**
Date

at    **Corpus Christi, Texas**
      City and State

**B. Janice Ellington    U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included. but is not limited to information relayed to me by other agents and officers participating in the investigation.

## PROBABLE CAUSE / FACTS

On April 24, 2016, Border Patrol Agent Trent Tonkovich was assigned immigration inspection duties at the United States Border Patrol Checkpoint, located 13 miles south of Falfurrias, Texas on Highway 281. At approximately 5:00 am, a tan in color 2008 Mercury Milan bearing Texas License Plates 26S1736 approached the primary inspection area. The female driver later identified as CAMPOS-Castaneda, Beatriz was asked if she was a United States citizen to which CAMPOS responded "yes". The passenger in vehicle identified as JUAREZ-Garcia, Rosa was also questions if she was a U.S. Citizen to which she replied "yes". JUAREZ was questioned as to how she knew the driver CAMPOS to which she did not reply or acknowledge Agent Tonkovich's question. Border Patrol Agent Copp notified Agent Tonkovich that his service K-9 had alerted to the vehicle and the vehicle was referred to secondary for additional inspection.

Once in secondary, CAMPOS stated to Border Patrol Agents that they were headed to Austin to visit family. CAMPOS stated that she owned the vehicle they were traveling in. Both CAMPOS and JUAREZ were further questioned as to their citizenship and admitted being citizens and nationals of Mexico illegally present in the United States. Both subjects were transported to Falfurrias Border Patrol Station for interview.

Beatriz CAMPOS-Castaneda was interviewed by HSI TFO Bill T. Payne and Border Patrol Agent Florentino Villanueva concerning her arrest. CAMPOS was advised of her rights indicated with her signature that she understood her rights and was willing to answer questions without the presence of an attorney. CAMPOS had been arrested previously as a principal in a two on two alien smuggling case at the Falfurrias Border Patrol Checkpoint in April of 2015. CAMPOS's previous case was not prosecuted.

CAMPOS stated that she was having trouble with her husband. CAMPOS advised that she and JUAREZ had departed McAllen for Austin earlier that morning after they had went to the Bridge Bar in McAllen, Texas. CAMPOS stated that the vehicle was JUAREZ's. CAMPOS advised that JUAREZ had asked CAMPOS to drive prior to departing her house. CAMPOS said that she had lived in Austin, Texas for a short period with her husband's family and had passed through the checkpoint before. CAMPOS stated that she has known JUAREZ for four years and knew she also did not have immigration status to reside in the United States.

Rosa JUAREZ-Garcia was advised of her rights and indicated that she wished to make statement without the presence of an attorney. JUAREZ stated that she had decided to move to Austin, Texas and attempt to start a business with money that she had in her possession at the time of her arrest. During the search of JUAREZ's property $29,840 was recovered from a black duffel bag. JUAREZ initially stated this money was an accumulation of her savings and her husband's income tax refund but later recanted and stated that the money were the proceeds from alien smuggling from an unnamed third party. JUAREZ stated that she had asked CAMPOS to

accompany her because she knew she been through the checkpoint before and knew what to do. JUAREZ also stated that CAMPOS spoke English as another benefit and motive for CAMPOS to drive her vehicle. CAMPOS made statements in her prior smuggling case that she always claims U.S. Citizenship when she crosses through the checkpoint (FLF1504000060)

JUAREZ stated that a female named "Tere" had contacted her and requested that she find someone who could legally cross the checkpoint to pick up three undocumented aliens in Falfurrias, Texas. The three aliens would then be driven from Falfurrias to Houston, Texas. Text messages retrieved from a consensual search of both CAMPOS and JUAREZ's cell phones validates JUAREZ statement and recruitment of CAMPOS. JUAREZ informs CAMPOS that she will be paid $300 for each one to make the trip from Falfurrias to Houston. JUAREZ stated that the event was going to occur today the day of her arrest. Additional text messages sent from JUAREZ to an individual identified as "Guadalupe USA" informing her at 5:10am "me agarraron" (they got me) and "No digas nada" (don't say anything). The recipient responded by saying "no juegues con eso" (don't play around like that) "Necesito el carro" (I need the car) "Se me esta hacienda tarde para que vayan por lost otros" (It's getting late for me to pick up the others).

**DISPOSITION:**

The facts of this case were presented to Assistant United States Attorney Brittany Jensen who accepted Rosa JUAREZ-Garcia for prosecution of 8 USC 1324, Alien Smuggling. Beatriz CAMPOS-Castaneda will be held as a Material Witnesses in this case.

_____
Bill T. Payne
Border Patrol Agent

Sworn to before me, signed in my presence and probable cause found on this day April 25, 2016

_____
B. Janice Ellington
United States Magistrate Judge