Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 0 6 2016

David J. Bradley, Clerk of Court

## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

Vs.
**Rosa JUAREZ-Garcia**

Case Number: C-16-511(M)

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendant named above. Designation and detention as Material Witnesses is requested for:

**Edith Carolina RIVERA-Ortega**
**Deisy Fidelina RIVERA-Ortega**

These material witnesses are citizens of El Salvador who have admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should they be released and returned to their native country, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

Bill T. Payne
Border Patrol Agent

SWORN TO AND SUBSCRIBED BEFORE ME this    **6th** day of    **May    2016**

UNITED STATES MAGISTRATE JUDGE
Jason B. Libby